KATHERINE ZUFALL, Respondent, v KARL ZUFALL, Appellant. (Appeal No. 2.) [971 NYS2d 710]—Appeal from an order of the Supreme Court, Wyoming County (Robert C. Noonan, A.J.), entered May 23, 2012 in a divorce action. The order directed defendant to pay a portion of plaintiff's attorney fees.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Zufall v Zufall* (109 AD3d 1135 [2013]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.